UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
MAY 13 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| Plaintiff, | ) | |
| v | ) | W18-833M |
| GLORIA DENIECE JONES | ) | |
| Defendant, | ) | |

## FACTUAL BASIS

On or about October 25, 2018, at Building 38033, Fort Hood, Texas, a place within the special maritime and territorial jurisdiction of the United States, DEFENDANT GLORIA DENIECE JONES and her spouse, D.J.J. were involved in a verbal disagreement regarding the custody of their minor child. D.J.J. departed the area after agreeing to return with the minor child to continue the discussion. D.J.J. then communicated to the DEFENDANT via text message that he would not be returning. The DEFENDANT went to a residence that she believed D.J.J. occupied with their child. The DEFENDANT began to knock, ring the doorbell, and yell very loudly. A neighbor two homes down heard the noise and began to record the disturbance. The DEFENDANT beat on the door until it broke open and stepped into the foyer. The owner of the home, M.A.C., contacted the military police. M.A.C. informed the DEFENDANT that only she and her children were present and asked the DEFENDANT to leave the home. The DEFENDANT began yelling at M.A.C. While speaking on the phone to an unknown person, the DEFENDANT stated "Get the bail money ready because I'm probably going to jail. I'm sitting here in front of this scary bitch. She about to get her ass whooped." The military police responded to the

call and apprehended the DEFENDANT. The DEFENDANT was transported to the military police station where she invoked her right to counsel.

I, GLORIA DENIECE JONES, have read and discussed this factual basis with my attorney and agree that it is an accurate summary of the facts supporting the charge to which I am pleading guilty.

SIGNATURE                                  DATE May 13, 2019