# UNITED STATES DISTRICT COURT
for the
## Western District of Texas – Waco Division

United States of America                     Case No. W18-833M

v.

GLORIA DENIECE JONES

**DEFERRED ADJUDICATION ORDER UNDER TEXAS CODE OF CRIMINAL PROCEDURE 45.051**

The defendant having been found guilty of an offense described under, CT. 1: 18 USC. 7(3), 13 and TPC 30.05(d)(3) - Criminal Trespass in A Habitation; CT. 2: 18 USC 7(3), 13 and TPC 28.03(a)(1) – Criminal Mischief; CT. 3: 18 USC 7(3), 13 and TPC 22.07(2) – Terroristic Threat; CT. 4: 18 USC 7(3), 13 and TPC 42.01(a)(5) – Disorderly Conduct on May 13, 2019.

IT IS ORDERED: The defendant is placed on probation as provided CT. 1: 18 USC. 7(3), 13 and TPC 30.05(d)(3) - Criminal Trespass in A Habitation; CT. 2: 18 USC 7(3), 13 and TPC 28.03(a)(1) – Criminal Mischief; CT. 3: 18 USC 7(3), 13 and TPC 22.07(2) – Terroristic Threat for a period of two (2) years to begin on May 13, 2019, without judgment of conviction first being entered.

IT IS FURTHER ORDERED that the defendant pay a mandatory special assessment of $25.00 each as to Counts 1-2, $10.00 as to Count 3 and $5.00 as to Count 4 and a fine of $350.00 as to Count 4 (Court orders defendant to pay fine in ten (10) equal installments) for a total of $415.00, to: Clerk, U.S. District Court, 800 Franklin Ave., Room 380, Waco, Texas 76701. The defendant shall notify the U.S. Attorney for the district within 30 days of any change of mailing or residence address that occurs while any portion of the fine remains unpaid. Payment for special assessment shall begin no later than thirty (30) days after May 13, 2019.

While on probation the defendant shall comply with the conditions of probation as set forth as a part of the Order, and the following special conditions:

1. The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

2. The defendant shall participate in a course of treatment for anger management as directed by the probation officer, at a minimum of eight (8) hours. The defendant is required to contribute to the cost of services rendered (co-payment) in an amount to be determined by the probation officer.

3. The defendant shall perform <u>100</u> hours of community service work as to Counts 1-3 (terms to run concurrently) without pay, at a location approved by the Probation Officer, at a minimum rate of 8 hours per month.

4. The defendant shall pay restitution in the amount of $395.06 through the Clerk, U.S. District Court, for distribution to the payees. Payment of this sum shall begin immediately. The defendant shall pay restitution at a rate of no less that $200.00 per month, due by the third day of each month, beginning no later than 60

days after the defendant's start of probation. The Court imposed payment scheduled shall not prevent statutorily authorized collection efforts by the United States Attorney. The defendant shall cooperate fully with the United States Attorney and the United States Probation Office to make payment in full as soon as possible. The defendant shall notify the United States Attorney for the district within 30 days of any change in mailing or residence address that occurs while any portion of the restitution remains unpaid. The court determines that the defendant does not have the ability to pay interest and therefore waives the interest requirement.  18 U.S.C §3612(f)(3)

| **Name of Payee** | **Amount of Restitution** |
|---|---|
| Fort Hood Family Housing<br>PO Box 5010<br>Fort Hood, Texas 76544 | $395.06 |

DATE:  May 17, 2019

_____
Judge's Signature
JEFFREY C. MANSKE, U.S. Magistrate Judge
*Printed name and title*

---

**Defendant's Consent**

I have read the proposed probation order under TX CCP 45.051 and the conditions of probation, including the special conditions above. I understand that if I violate any condition of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the order.

I also understand that, if I have not violated any condition of my probation, the court, without entering a judgment of conviction, (1) may dismiss the proceedings and discharge me from probation, before the expiration of the term of probation, or (2) must dismiss the proceedings and discharge me from probation at the expiration of the term of probation.